IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 6-16 |
| ) | |
| KATRINA M. GRAFF MATTHEWS ) | |

## WAIVER OF INDICTMENT

I, KATRINA M. GRAFF MATTHEWS, the above-named defendant, having been accused of simple possession, in violation of Title 21, United States Code, Section 844(a), and being advised of the nature of the charge, the proposed Information and of my rights, in accordance with Rule 7(b) of the Federal Rules of Criminal Procedure, do hereby waive in open Court, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_1-13-06_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
United States District Court Judge